**Order entered October 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00589-CV

### IN THE INTEREST OF L.M.T., A CHILD

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-18-19417**

## ORDER

Before the Court is appellant's October 18, 2019 motion for extension of time to file his brief. Appellant explains the extension is necessary because the clerk's record does not include plaintiff's original petition. We rule as follows.

We **GRANT** the motion. We **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than November 1, 2019, a supplemental clerk's record containing a copy of plaintiff's original petition. We further **ORDER** appellant to file his brief within thirty days of the filing of the supplemental clerk's record.

We note appellant's motion does not include the certificate of conference required by Texas Rule of Appellate Procedure 10.1(a). *See* TEX. R. APP. P. 10.1(a)(5). Any further motions shall include a certificate of conference.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE